IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| E-Z-GO (a division of TEXTRON INC.) and TEXTRON INNOVATIONS INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CLUB CAR, INC.,<br><br>        Defendant | No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

E-Z-GO (a division of TEXTRON INC.) and TEXTRON INNOVATIONS INC. (collectively "Plaintiffs"), by and through their attorneys, hereby file this complaint for patent infringement against Defendant CLUB CAR, INC. ("Club Car") and allege as follows:

## CERTIFICATE PURSUANT TO LOCAL RULE 3.2

(a)    The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of the parties in this action:

| NAME | IDENTIFICATION AND RELATIONSHIP |
|---|---|
| E-Z-GO (a division of Textron Inc.) | Plaintiff |
| Textron Innovations Inc. | Plaintiff |
| Club Car, Inc. | Defendant |

(b)    The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the Plaintiffs:

| NAME | IDENTIFICATION AND RELATIONSHIP |
|---|---|
| **Textron Inc. Corporate Officers** | |
| Lewis B. Campbell | Chairman & Chief Executive Officer |
| Scott C. Donnelly | President & Chief Operating Officer |
| Frank T. Connor | Executive Vice President & Chief Financial Officer |
| Ken C. Bohlen | Executive Vice President & Chief Innovation Officer |
| John D. Butler | Executive Vice President Administration & Chief Human Resources Officer |
| Mary L. Howell | Executive Vice President Government, Strategy & Business Development, International, Communications & Investor Relations |
| Terrence O'Donnell | Executive Vice President and General Counsel |
| Richard L. Yates | Senior Vice President and Corporate Controller |
| Frederick K. Butler | Corporate Secretary & Vice President Business Ethics |
| Arnold M. Friedman | Vice President & Deputy General Counsel |
| Gary Cantrell | Vice President & Chief Information Officer - Textron Information Services |
| Robert J. Ayotte | Vice President Audit Services |
| John R. Curran | Vice President Mergers & Acquisitions |
| Peter C. Durette | Vice President Strategy & Business Development |
| D. Lynn Kelley, Ph.D. | Vice President Textron Six Sigma |
| Mary F. Lovejoy | Vice President & Treasurer |
| Norman B. Richter | Vice President Taxes & General Tax Counsel |
| Robert O. Rowland | Vice President Government Affairs |
| Cathy Streker | Vice President Human Resources & Benefits |
| Douglas R. Wilburne | Vice President Investor Relations |

Textron Inc. Board of Directors

| | |
|---|---|
| Kathleen M. Bader | Paul E. Gagne |
| Lewis B. Campbell | Dain M. Hancock |
| R. Kerry Clark | Lord Powell of Bayswater KCMG |
| Ivor J. Evans | Lloyd G. Trotter |
| Lawrence K. Fish | Thomas B. Wheeler |
| Joe T. Ford | James L. Ziemer |

Textron Innovations Inc.
Corporate Officers

| | |
|---|---|
| Arnold M. Friedman | President |
| Mary Lovejoy | Vice President & Treasurer |
| Ann T. William | Vice President & Secretary |
| Julie G. Duffy | Vice President |
| James P. Runstadler | Vice President Licensing |
| Christopher I. Johnson | Assistant Treasurer |
| James Cournoyer | Assistant Treasurer |

Textron Innovations Inc.
Board of Directors
Julie G. Duffy
Arnold M. Friedman
Ann T. William

(c)    The undersigned further certifies that the following is a full and complete

list of other persons, associations of persons, firms, partnerships, subsidiary or parent

corporations, or organizations that have a financial interest in, or another interest which

could be substantially affected by, the outcome of this case:

| NAME | IDENTIFICATION AND RELATIONSHIP |
|---|---|
| Textron IPMP Inc. | Textron Innovations Inc. is a wholly owned subsidiary of Textron IPMP Inc., which is a wholly owned subsidiary of Textron Inc. |

## THE PARTIES

1.      E-Z-GO is a division of Textron Inc. with its principal place of business at 1451 Marvin Griffin Road, Augusta, Georgia 30906. E-Z-GO manufactures golf cars, recreational vehicles, and industrial and utility products. E-Z-GO is the largest manufacturer of A/C Drive powered electric products in this market sector. E-Z-GO products are sold commercially as well as directly to consumers.

2.      Textron Inc. is a Delaware corporation organized and existing under the laws of Delaware and having its principal place of business at 40 Westminster Street, Providence, Rhode Island 02903.

3.      Textron Innovations Inc. is a Delaware corporation organized and existing under the laws of Delaware and having its principal place of business at 40 Westminster Street, Providence, Rhode Island 02903. (Hereinafter E-Z-GO (a division of Textron Inc.) and Textron Innovations Inc. are collectively referred to as "E-Z-GO").

4.      Upon information and belief, Club Car is a Delaware corporation with its principal place of business in Evans, Georgia. Club Car manufactures golf cars and low speed electric industrial and utility vehicles within the State of Georgia and this district. Club Car advertises its products for sale nationally, and has advertised, marketed and sold products infringing E-Z-GO's intellectual property rights, including within the State of Georgia and this district.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §§ 271, *et seq.*

4

6.      This Court has jurisdiction over the subject matter of this patent infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has personal jurisdiction over Club Car because Club Car is located in Evans, Georgia in this district and it has committed acts of patent infringement within the State of Georgia giving rise to this action.  Club Car has established at least minimum contacts with the forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice.

8.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(a), 1391(b), 1391(c) and 1400(b) for at least the reasons that Club Car has committed acts within this judicial district giving rise to this action and resides and does business in this district, including sales, offers for sale, and providing service and/or support to its customers in this district.

**COUNT I**

**(Patent Infringement of United States Patent No. 7,332,881)**

9.      Paragraphs 1 through 8 are incorporated by reference as if fully set forth herein.

10.     Clark et al. United States Patent No. 7,332,881 (the "Clark '881 Patent") is entitled "AC Drive System for Electrically Operated Vehicle" and was duly and legally issued on February 19, 2008.  A true and correct copy of the Clark '881 Patent is attached hereto as Exhibit A.  A true and correct copy of the Certificate of Correction for the Clark '881 Patent is attached hereto as Exhibit B.

11.    Textron Innovations Inc. is the lawful assignee of the entire right, title and interest in and to the Clark '881 Patent and possesses all rights of recovery under the Clark '881 Patent, including the right to recover damages for past infringement.

12.    Upon information and belief, Club Car has been and is now making, using, selling, and offering for sale within the United States, or importing into the United States, products having a drive system for a vehicle, including (but not limited to) the Club Car Carryall 2 LSV and Carryall 6 LSV, that infringe directly and/or indirectly one or more claims of the Clark '881 Patent.

13.    E-Z-GO has no adequate remedy at law against Club Car's acts of infringement and E-Z-GO will suffer irreparable harm unless Club Car is preliminarily and permanently enjoined from its infringement of the Clark '881 Patent.

14.    Club Car's infringement has been willful, deliberate, and with knowledge of E-Z-GO's rights under the Clark '881 Patent.

15.    Club Car, by way of its infringing activity, has caused and continues to cause E-Z-GO to suffer damages in an amount to be determined at trial.

### PRAYER FOR RELIEF

WHEREFORE, E-Z-GO prays for judgment against Club Car, granting E-Z-GO the following relief:

A.    That this Court adjudge and decree that the Clark '881 Patent is valid and enforceable against Club Car and that Club Car has infringed and continues to infringe the Clark '881 Patent.

B.    That this Court grant injunctions enjoining the aforesaid acts of infringement by the Club Car, its officers, agents, servants, employees, subsidiaries and

6

attorneys, and those acting in concert with it, including related individuals and entities, customers, representatives, OEMs, dealers, and distributors;

C.      That this Court enter an award to E-Z-GO of such damages as it shall prove at trial against Club Car that are adequate to compensate E-Z-GO for said infringement as permitted under the Patent Act;

D.      That this Court order an award to E-Z-GO of up to three times the amount of compensatory damages because of Club Car's willful infringement and any enhanced damages as provided by 35 U.S.C. § 284;

E.      That this Court render a finding that this case is "exceptional" and award to E-Z-GO its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

F.      That this Court award E-Z-GO pre-judgment and post-judgment interests on damages; and

G.      That this Court grant to E-Z-GO such other, further, and different relief as may be just and proper.

## JURY TRIAL DEMAND

E-Z GO respectfully demands a trial by jury of any and all issues triable of right before a jury pursuant to Fed. R. Civ. P. 38.

7

Dated: Augusta Georgia
     October 1, 2009

Respectfully submitted,

FULCHER HAGLER LLP


By:   /S/ MICHAEL N. LOEBL
      Sonja R. Tate (GA Bar No. 698840)
      Michael N. Loebl. (GA Bar No. 455709)

      One 10th Street, Suite 700
      Augusta, Georgia  30901
      (706) 724-0171

      And

      ORRICK, HERRINGTON & SUTCLIFFE LLP
      Robert M. Isackson
      666 Fifth Avenue
      New York, New York  10103
      (212) 506-5000

      Attorneys for Plaintiffs
      E-Z-GO (a division of Textron Inc.) and
      TEXTRON INNOVATIONS INC.