UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| E-Z-GO (a division of TEXTRON INC.) and TEXTRON INNOVATION INC., <br><br> Plaintiffs, <br><br> v. <br><br> CLUB CAR, INC., <br><br> Defendant | CASE NO: 1:09-CV-00119 |

## REQUEST FOR ORAL ARGUMENT

NOW COMES Club Car, Inc., Defendant in the above captioned matter, and, pursuant to So. D. LR 7.2, respectfully requests oral argument on its Motion to Lift the Stay of Litigation, Dismiss Plaintiffs' Suit With Prejudice, and to Award Defendant Reasonable Attorney's Fees Pursuant to 35 U.S.C. § 285. Counsel estimates the time to argue these motions will not exceed two hours.

                                                                    s/ A. Montague Miller
                                                                    A. MONTAGUE MILLER
                                                                    Georgia Bar No. 506100
                                                                    Attorney for Defendant

OF COUNSEL:

TUCKER, EVERITT, LONG, BREWTON & LANIER
Post Office Box 2426
Augusta, Georgia 30903
Telephone: 706-722-0771
Fax: 706-722-7028
mmiller@thefirm453.com

## CERTIFICATE OF SERVICE

I certify that on the 9th day of April, 2012, I have served a copy of REQUEST FOR ORAL ARGUMENT upon all interested counsel in accordance with ECF rules by electronically filing the foregoing with the Clerk of Court using the CM/ECF system.

                                              **s/   A. Montague Miller**
                                              A. MONTAGUE MILLER
                                              GA Bar No. 506100
                                              Attorney for Defendant