# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **1:09cv119**　　　　　　　　　　　　　　　　DATE **November 27, 2012**

TITLE **E-Z-GO, a division of Textron, Inc., and TEXTRON INNOVATIONS INC. v. CLUB CAR, INC.**

TIMES **10:04 am - 11:11 am**　　　　　　　　　　　　TOTAL **1 hr. 7 min.**

Honorable: **J. Randal Hall, U.S. District Court Judge**　　Courtroom Deputy: **Lisa Widener**

Court Reporter: **Joan Mobley**　　　　　　　　　　　Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Robert M. Isackson<br>Sonja R. Tate | Thomas S. Reynolds, II<br>A. Montague Miller | |

PROCEEDINGS: **Hearing - Motion of Attorney's Fees**　　　　[✓] In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[ ] In Chambers

Oral argument by parties as to attorney's fees.

Court takes matter under advisement.